## Dora Harris v. John H. Harris.

## John H. Harris v. Dora Harris.

(Decided June 16, 1925.)

### Appeals From McCracken Circuit Court.

EATON & BOYD for John H. Harris.

MIDDLETON & BRYAN for Dora Harris.

OPINION OF THE COURT BY JUDGE CLAY—Affirming.

Dora Harris sued John H. Harris for divorce on the ground of cruel and inhuman treatment. He denied the allegations of the petition and counterclaimed for

divorce on the ground of abandonment. The prayer of each being denied, each has prosecuted a separate appeal.

No good can be accomplished by a detailed statement of the evidence. The chancellor was of the opinion that each of the parties was at fault, and for this reason neither was entitled to a divorce. After reading the record with great care we have reached the same conclusion.

On each appeal the judgment is affirmed.